[No. 41879-3-I.     Division One.     December 21, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. R.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06159-0, Charles V. Johnson, J., entered December 16, 1997. *Reversed* by unpublished per curiam opinion.

[Nos. 39142-9-I; 41718-5-I.     Division One.     December 21, 1998.]

*In the Matter of the Marriage of* GEORGE LORTIE MCDERMONT, *Appellant*, and SHIRLEY KATHRENE MCDERMONT, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 95-3-00757-4, Peter Jarvis, J., entered July 18, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.

[No. 42229-4-I.     Division One.     December 21, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENTE GARCIA APREZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04802-4, Anthony P. Wartnik, J., entered February 25, 1998. *Reversed* by unpublished per curiam opinion.

[No. 41529-8-I.     Division One.     December 21, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HARP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04413-0, Anthony P. Wartnik, J., entered October 9, 1998. *Dismissed* by unpublished per curiam opinion.